

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2021

No. 04-21-00007-CV

**IN THE INTEREST OF H.S., A CHILD,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01861
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on March 25, 2021. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to April 9, 2021. On April 12, 2021, appellant filed a second motion requesting an additional ten-day extension of time.

After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by April 19, 2021**. **If appellant does not file his brief by the date ordered, we will abate this appeal to the trial court for an abandonment hearing**. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons right to counsel in termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that right to counsel in termination cases includes right to effective counsel).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court